1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ANGEL HIDALGO, | Case No. CV 14-4395 PA (MRW) |
|---|---|
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| FRED FOULK, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

1 |     IT IS ORDERED that Judgment be entered denying the petition and
2 | dismissing this action with prejudice.

DATE: January 11, 2016  _____
                                        PERCY ANDERSON
                                        UNITED STATES DISTRICT JUDGE