JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL HIDALGO,<br><br>            Petitioner,<br><br>       v.<br><br>FRED FOULK, Warden,<br><br>            Respondent. | Case No. CV 14-4395 PA (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: January 11, 2016

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE